UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24cv03556 CAS (JCx) | Date: July 17, 2025 |
| Title MARILYN GLADLE v. DENIS MCDONOUGH | |

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) – ORDER TO SHOW CAUSE**

　　Plaintiff Marilyn Gladle ("Gladle") brought this action against defendant Secretary of the Department of Veterans Affairs ("the VA") Denis McDonough (the "Secretary" or "defendant") asserting two claims for relief in her original complaint: (1) reprisal for engaging in protected activity resulting in a violation of 5 U.S.C. § 8151(b)(2) and (2) violation of the Rehabilitation Act of 1973, 29 U.S.C. § 710 et seq.  Dkt. 1.  On November 1, 2024, the Secretary filed a motion to dismiss the Complaint.  Dkt. 16.

　　On November 22, 2024, Gladle filed her First Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15 against the Secretary and additional defendant employees of the VA, Steve Braverman, Daniel Spilsbury, Wandee Kharossach, Marie Weldon, Ann Brown, and James Doelling, asserting seven claims for relief: (1) discrimination in violation of the Rehabilitation Act, 29 U.S.C. § 794; (2) retaliation under the Rehabilitation Act, 29 U.S.C. § 794(d); (3) Equal Protection violation; (4) denial of Due Process; (5) violation of restoration rights, 5 U.S.C. § 8151(b); (6) a claim under the Cat's Paw Theory; and (7) intentional infliction of emotional distress.  Dkt. 18 ("FAC").

　　On November 27, 2024, the Court denied the Secretary's motion to dismiss the Complaint as moot on the basis of Gladle's filing of her FAC.  Dkt. 20.

　　On December 10, 2024, the Secretary filed a motion to dismiss the FAC.  Dkt. 21.  On January 27, 2025, the Court held a hearing on Gladle's motion to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 2:24cv03556 CAS (JCx) | Date: July 17, 2025 |
| Title | MARILYN GLADLE v. DENIS MCDONOUGH | |

dismiss. At that hearing, the Court took the matter under submission, pending a further hearing on the issue of the applicability of equitable tolling. On April 10, 2025, the Court granted the Secretary's motion to dismiss, with leave to amend. Dkt. 31. The order granting leave to amend did not specify a date by which Gladle was required to file her amended complaint. As of this date, Gladle has failed to file an amended complaint.

Given that more than two months have passed since the Secretary's motion was granted and Gladle has not filed an amended complaint, **IT IS HEREBY ORDERED** that Gladle show cause in writing not later than **August 18, 2025**, why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Gladle is advised that the Court will consider the filing of her Second Amended Complaint on or before the above date, as a satisfactory response to the Order to Show Cause.

|   |   |
|---|---|
|   | 00:00 |
| **Initials of Preparer** | CMJ |