UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **JS-6**

Case No. 2:24cv03556 CAS (AYPx) Date: August 19, 2026

Title *MARILYN GLADLE v. DENIS MCDONOUGH*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

WHEREAS, on April 10, 2025, the Court granted defendant's motion to dismiss, allowing plaintiff leave to file a second amended complaint [31] .

As of July 17, 2025, plaintiff had not filed a second amended complaint, and the Court issued an Order to Show Cause [32] why this action should not be dismissed for plaintiff's failure to prosecute. A response to the Order to Show Cause was to be filed and served no later August 18, 2025.

As of April 9, 2026, plaintiff had not filed a second amended complaint, nor a response to the Order to Show Cause [32] . The Court issued a second Order to Show Cause [34] why this action should not be dismissed for plaintiff's failure to prosecute. A response to the Order to Show Cause was to be filed and served no later than April 23, 2026.

As of today's date, no such response has been received by this Court, nor a second amended complaint filed.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

00:00

**Initials of Preparer** CMJ